# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| STATE FARM INSURANCE CO. | ) | |
| | ) | |
| v. | ) | Civil No. 3:07-0153 |
| | ) | Judge Trauger |
| BROAN-NUTONE , LLC, et al | ) | |

## **O R D E R**

The parties have notified court personnel that this case has settled.  It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

ENTER this 27th day of February, 2008.

ALETA A. TRAUGER
U.S. District Judge